UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| WILLIAM ROUSER, | Case No. 2:24-cv-06160-RGK-KES |
|---|---|
| Plaintiff, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |
| GAVIN NEWSOM, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the United States Magistrate Judge (Dkt. 80). No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that Defendants' Motion to Dismiss Defendant Wheeler (Dkt. 27) be GRANTED and that all claims against Defendant Wheeler be DISMISSED with prejudice.

DATED: 1/13/2024

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE