UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| WILLIAM ROUSER, | Case No. 2:24-cv-06160-RGK-KES |
| Plaintiff, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |
| PATRICK COVELLO, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation ("R&R") of the United States Magistrate Judge (Dkt. 122). Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections (Dkt. 124) have been made. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that Defendants' Motion to Dismiss all remaining claims—i.e., Plaintiff's claim for a paid Wiccan chaplain—is GRANTED. (Dkt. 118.) The claim is dismissed with prejudice because it was released in the parties' settlement agreement in Rouser v. White, EDCA case no. 2:93-cv-00767-

LKK-GGHP.

The case remains pending only for the Magistrate Judge to issue an R&R on Plaintiff's request for sanctions for the previously found violation of the consent decree. (Dkt. 108.)

DATED: 1/13/2026

Hon. R. Gary Klausner
UNITED STATES DISTRICT JUDGE

2