O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WILLIAM ROUSER,

Plaintiff,

v.

PATRICK COVELLO, et al.,

Defendants.

Case No. 2:24-cv-06160-RGK-KES

ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation ("R&R") of the United States Magistrate Judge (Dkt. 137). No objections to the R&R were filed, and the deadline for filing such objections has passed. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that no sanctions shall issue, and Judgment is to be entered dismissing the Complaint with prejudice and without leave to amend in this case.

DATED: 7/7/2026

Hon. R. Gary Klausner
UNITED STATES DISTRICT JUDGE