JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WILLIAM ROUSER,

Plaintiff,

v.

PATRICK COVELLO, et al.,

Defendants.

Case No. 2:24-cv-06160-RGK-KES

**JUDGMENT**

Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge,

IT IS ADJUDGED that the First Amended Complaint and entire action is dismissed with prejudice.

DATED: 7/7/2026

_____
Hon. R. Gary Klausner
UNITED STATES DISTRICT JUDGE